IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   5:24-CR_0074_ ( DNH) |
| | ) | |
| v. | ) | **Indictment** |
| | ) | |
| **DEVON DRAKE,** | ) | Violations:   21 U.S.C. § 846 |
| **LACEY FONTAINE (aka LACEY** | ) | [Conspiracy to Distribute and |
| **DRAKE), and** | ) | Possess with Intent to |
| **HENRY TOWNSEND,** | ) | Distribute Controlled |
| | ) | Substances] |
| **Defendants.** | ) | |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | [Distribution and Possession |
| | ) | with Intent to Distribute a |
| | ) | Controlled Substance] |
| | ) | |
| | ) | 21 U.S.C. § 860 |
| | ) | [Distribution of a Controlled |
| | ) | Substance Near a School] |
| | ) | 11 Counts and Forfeiture Allegation |
| | ) | |
| | ) | County of Offense:   Onondaga |

## THE GRAND JURY CHARGES:

### COUNT 1
**[Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances]**

From in or about September 2022, through in or about March 2023, in the Northern District of New York, the defendants,

**DEVON DRAKE,**

**LACEY FONTAINE (aka LACEY DRAKE), and**

**HENRY TOWNSEND,**

conspired with each other and others to knowingly and intentionally distribute and possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

As to defendants **DEVON DRAKE, LACEY FONTAINE (aka LACEY DRAKE), and HENRY TOWNSEND** that violation involved 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A), and fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

COUNTS 2-9
[Distribution and Possession with Intent to Distribute a Controlled Substance]

On or about each of the dates listed below, in Onondaga County in the Northern District of New York, the following defendants knowingly and intentionally distributed and possessed with intent to distribute the following substances:

| Count | Defendant(s) Charged | Date | Substance and Quantity |
|---|---|---|---|
| Two | DEVON DRAKE and LACEY FONTAINE (aka LACEY DRAKE) | September 15, 2022 | 5 grams or more of methamphetamine, a Schedule II controlled substance |
| Three | DEVON DRAKE | January 13, 2023 | 5 grams or more of methamphetamine, a Schedule II controlled substance |
| Four | DEVON DRAKE | January 18, 2023 | 50 grams or more of methamphetamine, a Schedule II controlled substance |
| Five | DEVON DRAKE | January 25, 2023 | 50 grams or more of methamphetamine, a Schedule II controlled substance |
| Six | DEVON DRAKE and HENRY TOWNSEND | February 1, 2023 | 50 grams or more of methamphetamine, a Schedule II controlled substance, and a quantity of fentanyl, a Schedule II controlled substance |
| Seven | DEVON DRAKE and LACEY FONTAINE (aka LACEY DRAKE) | February 9, 2023 | 50 grams or more of methamphetamine, a Schedule II controlled substance, and a quantity of fentanyl, a Schedule II controlled substance |
| Eight | DEVON DRAKE | February 21, 2023 | 50 grams or more of methamphetamine, a Schedule II controlled substance, and a quantity of fentanyl, a Schedule II controlled substance |
| Nine | DEVON DRAKE and HENRY TOWNSEND | March 1, 2023 | 50 grams or more of methamphetamine, a Schedule II controlled substance, and a quantity of fentanyl, a Schedule II controlled substance |

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), (b)(1)(B), and (b)(1)(C).

## COUNT 10
[Distribution of a Controlled Substance Near a School]

On or about September 1, 2022, in the Northern District of New York, the defendant,

**DEVON DRAKE,**

knowingly and intentionally distributed 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), within 1,000 feet of the real property comprising a public elementary school. All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A) and 860.

## COUNT 11
[Distribution of a Controlled Substance Near a School]

On or about September 7, 2022, in the Northern District of New York, the defendant,

**DEVON DRAKE,**

Knowingly and intentionally distributed fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), within 1,000 feet of the real property comprising a public elementary school. All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and 860.

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 through 11 of this indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853(a).

Upon conviction of an offense in violation of Title 21, United States Code, Sections 841, 846 and 860, as set forth in Counts 1 through 11 of this indictment, the defendant, **DEVON DRAKE,** shall forfeit to the United States, pursuant to Title 21, United States Code and Section 853(a), any property constituting and derived from, any proceeds obtained, directly and indirectly, as the result of such offenses, and any property used, and intended to be used, in any manner or part, to commit and to facilitate the commission of such offenses, including, but not limited to, a forfeiture money judgment in the amount of $11,505.

All pursuant to Title 21, United States Code, Section 853(a).

Dated: February 7, 2024

A TRUE BILL,

_____
Grand Jury Foreperson

CARLA B. FREEDMAN
United States Attorney

By: _____
Jessica N. Carbone
Assistant United States Attorney
Bar Roll No. 703490

_____
Paul Tuck
Special Assistant United States Attorney
Bar Roll No. 520814

4